THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RHONDA STONE, Appellant. [25 NYS3d 885]—

Judgment, Supreme Court, New York County (Renee A. White, J.), rendered January 8, 2013, convicting defendant, after a jury trial, of nine counts of robbery in the second degree, and sentencing her to concurrent terms of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342 [2007]). An extensive chain of evidence leads to the inescapable conclusion that defendant intentionally took part in a robbery by providing her accomplices with otherwise unexplained knowledge of the location of valuables in the targeted premises, and by acting as a getaway driver.

The court properly exercised its discretion in admitting evidence that defendant lived in Queens within a few blocks of the two alleged accomplices (*see generally People v Scarola*, 71 NY2d 769, 777 [1988]). This evidence was relevant when viewed in the context of the overall pattern of evidence, and was not unduly prejudicial.

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Andrias, Saxe and Kapnick, JJ.